IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | No. 08-10106-15-JTM |
| v. | ) | |
| | ) | |
| VINCENTE RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ \_\_\_\_\_ | ) | |

**INFORMATION OF PRIOR CONVICTION**
(Filed pursuant to 21 U.S.C. 851)

Comes now Mona Lee Furst, Assistant U.S. Attorney for the District of Kansas and states as follows:

1. The defendant is charged in Count 1 of the Superseding Information with Possession of Cocaine on January 13, 2009, in the District of Kansas, pursuant to 21 U.S.C. § 844 (a), for which the present penalty is a mandatory 1 year maximum, with a mandatory minimum fine of $1,000.00.

2. The United States Attorney charges that Vincente Rodriguez, upon conviction of the Possession of Cocaine as charged in the superseding information, shall be sentenced to increased punishment of not less than 15 days nor more than two (2) years in prison, and a mandatory minimum fine of $2,500.00, pursuant to 21

U.S.C. § 844 (a) and (c), by reason of the following prior criminal conviction under the laws of the State of Kansas, which was final before the present crime occurred, to wit:

    A.  On or about August 11, 2006, the defendant was convicted of Possession of Cocaine and of Marijuana in Sedgwick County, Kansas state court case number 06 CR 303, in Wichita, Kansas.  On or about September 22, 2006, he received a total sentence of 40 months in custody, which sentence was then suspended, with the defendant placed on 12 months probation.  On July 10, 2007, a probation violation warrant was issued, and a state hold has been placed upon the defendant since he has been in custody on this federal case.

    Respectfully submitted,

    LANNY D. WELCH
    United States Attorney

    S/Mona Lee M. Furst
    MONA LEE M. FURST, #13162
    Assistant U.S. Attorney
    1200 Epic Center, 301 N. Main
    Wichita, Kansas 67202
    Telephone: (316) 269-6481
    Fax: (316) 269-6484
    E-mail: mona.furst@usdoj.gov

## **CERTIFICATE OF FILING**

I hereby certify that on 18th day of September, 2009, I electronically filed the foregoing Motion with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Carl F. A. Maughn
Attorney for Defendant
200 West douglas, Suite 350
Wichita, Kansas 67202

S/Mona Lee M. Furst
MONA LEE M. FURST
Assistant U.S. Attorney
